

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MELVIN HINSON, )<br>)<br>Defendant. )<br>)<br>) | Criminal No. 3:15cr081<br><br>Possession of Firearms with<br>Obliterated/Removed Serial<br>Numbers<br>18 U.S.C. § 922(k)<br>(Count 1) |

## INDICTMENT
### MAY 2015 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearms with Manufacturers' Serial Numbers Removed/Obliterated)

From on or about March 1, 2014, through March 19, 2014, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, MELVIN HINSON, did knowingly and unlawfully possess firearms which had the manufacturers' serial numbers removed, obliterated and altered and which had been shipped and transported in interstate commerce, to wit: 1) a Rohm 38 Special caliber revolver, model RG38, with an obliterated serial number; 2) a Harrington and Richardson (H&R) 32 caliber revolver, model 732, with an obliterated serial number; and 3) a Jimenez Arms 9mm caliber semi-automatic pistol, model J.A. Nine, with an obliterated serial number.

(In violation of Title 18, United States Code, Section 922(k).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 F.R.Crim.P., the defendant is hereby notified that upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States all property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

(In accordance with Title 18, United States Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c).)

A TRUE BILL

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney

-2-